**In re LIQUOR SEIZED UNDER SEARCH WARRANT AGAINST PREMISES OF KIPS BAY BREWING & MALTING CO., etc.**

**Appeal of KIPS BAY BREWING & MALTING CO.**

Circuit Court of Appeals, Second Circuit. December 17, 1928.

No. 181.

For opinion below, see 29 F.(2d) 836.

Sanford H. Cohen, of New York City (John M. Cashin and George Cohen, both of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Robert B. Watts, Asst. U. S. Atty., of New York City, of counsel), opposed.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed.